```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

JAMES RICHIE and JODIE                    CIVIL ACTION
RICHIE, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR SON,
JUSTIN RICHIE


VERSUS                                    NO: 06-4224


FORD MOTOR COMPANY                        SECTION: J(4)
```

## ORDER REMANDING CASE

Following its review of the Notice of Removal and state court petition in this case, the Court ordered counsel to submit documentation to substantiate or refute that the amount in controversy in this matter exceeds $75,000.00.  (Rec. Doc. 2).

In its response to the Court's order, Ford Motor Company (FMC) explained that after the Notice of Removal was filed, it received a stipulation from Plaintiff (which is attached as Exhibit A to its response) indicating that the amount in controversy does not exceed $75,000.00 and that he waives the right to enforce and/or collect any judgment amount exceeding $75,000.00.  FMC now requests that this Court remand this matter

to the state court. Accordingly,

**IT IS ORDERED** that this matter should be and is hereby **REMANDED** to the 17th Judicial District Court for the Parish of Lafourche.

New Orleans, Louisiana, this __7th__ day of September, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE